AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WILLIAM JOHN WILLIAMS,

      Plaintiff,

V.

CRAIG FARWELL, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-CV-00316-ECR-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED.**

   March 7, 2008                                 **LANCE S. WILSON**
                                                                          Clerk

                                                                 /s/ Daniel R. Morgan
                                                                       Deputy Clerk